# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEILL SAMUELL,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 69470

**FILED**

MAR 1 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original pro se petition for a writ of mandamus challenges district court decisions denying motions to extend the prison copy work limit. Having reviewed the petition, we conclude that petitioner has not met his burden of demonstrating that writ relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228-29, 88 P.3d 840, 844 (2004) (explaining that it is petitioner's burden to demonstrate that writ relief is warranted).

Although petitioner states that he is unable to provide this court with copies of his district court motions, the minutes in District Court Case No. C-12-279515-1 reflect that the district court denied the motions after finding that petitioner's original request to copy 10,000 documents and second request to copy 6,520 documents were not justified. Petitioner has not shown how this decision was an arbitrary or capricious exercise of discretion and he has not otherwise identified any authority supporting an entitlement to relief. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *see* NRS 34.160. Although petitioner states that he needs additional copy funds to copy his habeas petition and exhibits attached thereto for service and filing, an inmate's right to meaningful access to the courts does not include

16-08673

unlimited or free access to copy work, especially if a suitable alternative exists. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991) ("A denial of free photocopying does not amount to a denial of access to the courts."); *Harrell v. Keohane*, 621 F.2d 1059, 1061 (10th Cir. 1980) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine, particularly when as here, there are suitable alternatives."). Petitioner has the option of using carbon paper to hand-copy his habeas petition, *see* AR 722.01(7)(E), and he is not required to attach records or other evidence supporting the petition if he recites a cause for his failure to attach these materials. NRS 34.370. Thus, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:     Hon. Douglas Smith, District Court
        Neill Samuell
        Attorney General/Carson City
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A